UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERROL O. JAMES,  Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:12-cv-2290-JEC |
| ZEELTV, LLC, et al.,  Defendants. | |

### **DEFAULT JUDGMENT**

The defendant Zeeltv, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Julie E. Carnes, United States District Judge, by order dated September 23, 2013, having directed that default judgment be entered against defendant Zeeltv, LLC, it is hereby

ORDERED AND ADJUDGED, that the plaintiff Errol O. James, recover from the defendant Zeeltv, LLC, the amount of $ 86,126.04.

Dated at Atlanta, Georgia this 23rd day of September, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Denise D.M. McGoldrick
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   September 23, 2013
James N. Hatten
Clerk of Court


By: s/ Denise D.M. McGoldrick
        Deputy Clerk